UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.     **CV 25-1818-MWF(AGRx)**                                              Date: June 26, 2025

Title            *Yuri Doering v. LA Pacific Travel, et al.*

Present: The Honorable:     MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: STAY AND EARLY MEDIATION**

On April 18, 2025, the Court issued an Amended Order Granting Application for Stay and Early Mediation (the "Order"). (Docket No. 22). Pursuant to that Order, the Mediation was to be completed no later than July 7, 2025, and the stay would expire on July 21, 2025.

On June 25, 2025, the mediator, Maurice Mandel II, Esq., filed a Mediation Report. (Docket No. 28). Mr. Mandel reported that the case did not settle.

Considering the Mediation Report, the Court lifts the stay. Defendants shall file responses to the Complaint no later than **JULY 31, 2025**. Defendant Alejandro Zendejas may proceed without counsel in this action, but Defendant LA Pacific Travel may not.

Individual litigants may represent themselves pro se, but corporations and associations must be represented by counsel. *See Church of the New Testament v. United States*, 783 F.2d 771, 773 (9th Cir. 1986) (unincorporated association); *In re Highley*, 459 F.2d 554, 555 (9th Cir. 1972) (corporations). In addition, non-attorney litigants may not represent other individual litigants or trusts for which they serve as trustee. *See Johns v. County of San Diego*, 114 F.3d 874, 876 (9th Cir. 1997) (minor children); *C.E. Pope Equity Trust v. United States*, 818 F.2d 696,

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  **CV 25-1818-MWF(AGRx)**                                    Date: June 26, 2025

Title         ***Yuri Doering v. LA Pacific Travel, et al.***

697–98 (9th Cir. 1987) (trust); *McShane v. United States*, 366 F.2d 286, 288 (9th Cir. 1996) (other litigants).  A partner may not represent his or her own interest in a partnership pro se, and a sole shareholder may not represent a corporation.  *See In re Am. West Airlines*, 40 F.3d 1058, 1059 (9th Cir. 1994) (per curiam) (partner); *United States v. High Country Broad Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993) (per curiam) (shareholder).

In other words, LA Pacific Travel needs to be represented by a lawyer.  If a lawyer does not enter the action for LA Pacific Travel or if some exception to the general rule isn't shown – which the Court doubts exists – Defendant LA Pacific Travel will be unable to respond to the Complaint, which may result in Plaintiff seeking its default.

IT IS SO ORDERED.

Parties in court without a lawyer are called "pro se litigants."  These parties often face special challenges in federal court.  Public Counsel runs a free Federal Pro Se Clinic where pro se litigants can get information and guidance.  The Clinic is located at the Roybal Federal Building and Courthouse, 255 East Temple Street, Los Angeles, CA 90012 (note that the clinic may not be open for in-person appointments during the pandemic).  Pro se litigants must call or submit an on-line application to request services as follows:  on-line applications can be submitted at http://prose.cacd.uscourts.gov/los-angeles, or call (213) 385-2977, ext. 270.

The Court's website home page is http://www.cacd.uscourts.gov.